UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KHARY MORTON,<br><br>　　　　　Defendant. | Case No. 21-CR-<br>[18 U.S.C. §§ 922(g)(3), 924(a)(2) &<br>924(c); 21 U.S.C. §§ 841(a)(1) &<br>841(b)(1)(D)]<br><br>**21-CR-003** |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about March 13, 2020, in the State and Eastern District of Wisconsin,

**KHARY MORTON**

knowing he is an unlawful user of controlled substances, to wit, marijuana, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is further described as a Glock, model 30, .45 caliber pistol, bearing serial number TGG279.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 13, 2020, in the State and Eastern District of Wisconsin,

**KHARY MORTON**

knowingly and intentionally possessed with intent to distribute a mixture and substance containing marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about March 13, 2020, in the State and Eastern District of Wisconsin,

**KHARY MORTON**

knowingly possessed a firearm in furtherance of the drug trafficking offense charged in Count Two of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

3

## FORFEITURE NOTICE

Upon conviction of the offenses in violation of Title 18, United States Code, Sections 922(g)(3) and 924(c) set forth in Counts One and Three of this Indictment, the defendant, Khary Morton, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the knowing violation of Section 922(g)(3) and 924(c), including, but not limited to, a Glock, model 30, .45 caliber pistol, bearing serial number TGG279.

A TRUE BILL:

FOREPERSON

Date: January 5, 2021

*[signature]*

MATTHEW D. KRUEGER
United States Attorney